B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Western District of Louisiana

# Voluntary Petition

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Elite Oil & Gas Services, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **DBA Elite Pipeline** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) **90-0665197** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **7967 Hwy 80, Arcadia, LA** ZIP Code **71001** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Bienville** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Elite Oil & Gas Services, LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

**X** ______________________________
Signature of Attorney for Debtor(s) (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

______________________________
(Name of landlord that obtained judgment)

______________________________
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Elite Oil & Gas Services, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________________
Signature of Debtor

X ______________________________
Signature of Joint Debtor

______________________________
Telephone Number (If not represented by attorney)

______________________________
Date

### Signature of Attorney*

X **/s/ Robert W. Raley**
Signature of Attorney for Debtor(s)

**Robert W. Raley #11082**
Printed Name of Attorney for Debtor(s)

**Robert W. Raley & Associates**
Firm Name

**290 Benton Road Spur**
**Bossier City, LA 71111**

Address

**Email: rraley52@bellsouth.net**
**318-747-2230 Fax: 318-747-0106**
Telephone Number

**December 16, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Eric Shawn Barnett**
Signature of Authorized Individual

**Eric Shawn Barnett**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**December 16, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X ______________________________
Signature of Foreign Representative

______________________________
Printed Name of Foreign Representative

______________________________
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

______________________________
Printed Name and title, if any, of Bankruptcy Petition Preparer

______________________________
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

______________________________
Address

X ______________________________

______________________________
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Louisiana

In re **Elite Oil & Gas Services, LLC** Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **AirGas<br>1411 Natchitoches Street<br>West Monroe, LA 71292** | **AirGas<br>1411 Natchitoches Street<br>West Monroe, LA 71292** | **Services** | | **17,444.08** |
| **Atlantic Nitrogen & Testing LLC<br>975 Jefferson Avenue<br>Washington, PA 15301** | **Atlantic Nitrogen & Testing LLC<br>975 Jefferson Avenue<br>Washington, PA 15301** | **Services** | | **217,878.32** |
| **Bridgeport Equipment<br>500 Hall Street<br>Bridgeport, OH 43912** | **Bridgeport Equipment<br>500 Hall Street<br>Bridgeport, OH 43912** | **Supplies** | | **21,542.33** |
| **Columbus Equipment<br>2323 Performance Parkway<br>Columbus, OH 43207** | **Columbus Equipment<br>2323 Performance Parkway<br>Columbus, OH 43207** | **Services** | | **196,589.39** |
| **Cross Gates Enviromental, LLC<br>300 Virginia Avenue<br>Winnfield, LA 71483** | **Cross Gates Enviromental, LLC<br>300 Virginia Avenue<br>Winnfield, LA 71483** | **Services** | | **16,175.92** |
| **Darr Farms, LLC<br>21284 Township Road 257<br>Newcomerstown, OH 43832** | **Darr Farms, LLC<br>21284 Township Road 257<br>Newcomerstown, OH 43832** | **Services** | | **16,328.81** |
| **Dover Tank and Plate Company<br>5725 Crown Road, NW<br>Dover, OH 44622** | **Dover Tank and Plate Company<br>5725 Crown Road, NW<br>Dover, OH 44622** | **Services** | | **13,951.16** |
| **East Loop Sand Company<br>210 River Road<br>Suite 100<br>Hollidaysburg, PA 16648** | **East Loop Sand Company<br>210 River Road<br>Suite 100<br>Hollidaysburg, PA 16648** | **Services** | | **13,144.00** |
| **Highway Equipment<br>22035 Perry Highway<br>Zelienople, PA 16063** | **Highway Equipment<br>22035 Perry Highway<br>Zelienople, PA 16063** | **Services** | | **262,854.24** |
| **Jefferson Landmark<br>1525 State Highway 152<br>Bloomingdale, OH 43910** | **Jefferson Landmark<br>1525 State Highway 152<br>Bloomingdale, OH 43910** | **Services** | | **140,206.94** |
| **Jones Equipment<br>403 Burrell Road<br>Freeport, OH 43973** | **Jones Equipment<br>403 Burrell Road<br>Freeport, OH 43973** | **Services** | | **19,394.85** |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re **Elite Oil & Gas Services, LLC** Case No. ______________

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Labor Union - Employers Benefit PO Box 94491 Chicago, IL 60690** | **Labor Union - Employers Benefit PO Box 94491 Chicago, IL 60690** | | | **274,963.47** |
| **M. Ragen Sales & Equipment PO Box 339 1569 Smith Township State Road Atlasburg, PA 15004** | **M. Ragen Sales & Equipment PO Box 339 1569 Smith Township State Road Atlasburg, PA 15004** | **Services** | | **23,277.27** |
| **Ohio CAT 1016 East Market Street Cadiz, OH 43907** | **Ohio CAT 1016 East Market Street Cadiz, OH 43907** | **Services** | | **59,935.03** |
| **Ohio Operating Engineers Union 1180 Dublin Road PO Box 12009 Columbus, OH 43212** | **Ohio Operating Engineers Union 1180 Dublin Road PO Box 12009 Columbus, OH 43212** | **Services** | | **492,000.00** |
| **Ohio-West Virginia Excavating PO Box 128 Powhatan Point, OH 43942** | **Ohio-West Virginia Excavating PO Box 128 Powhatan Point, OH 43942** | **Services** | | **124,506.00** |
| **Prime NDT Services 5260 West Coplay Road Whitehall, PA 18052** | **Prime NDT Services 5260 West Coplay Road Whitehall, PA 18052** | **Services** | | **174,032.85** |
| **State of Ohio PO Box 182131 Columbus, OH 43218** | **State of Ohio PO Box 182131 Columbus, OH 43218** | **Quarterly 3rd Taxes** | | **69,820.00** |
| **State of Ohio PO Box 182131 Columbus, OH 43218** | **State of Ohio PO Box 182131 Columbus, OH 43218** | **Unemployment Taxes** | | **14,839.82** |
| **UCO Equipment 4045 Highway 5 Cabot, AR 72023** | **UCO Equipment 4045 Highway 5 Cabot, AR 72023** | **Supplies** | | **26,734.00** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **December 16, 2014** Signature **/s/ Eric Shawn Barnett**

**Eric Shawn Barnett**
**Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

A&P Services
Wells Fargo Bank, N.A.
PO Box 202
Dallas, TX 75230

AirGas
1411 Natchitoches Street
West Monroe, LA 71292

Atlantic Nitrogen & Testing LLC
975 Jefferson Avenue
Washington, PA 15301

Bienville Parish Sheriff
PO Box 328
Arcadia, LA 71001

Blast One
2400 Landmark Way
Columbus, OH 43219

Bridgeport Equipment
500 Hall Street
Bridgeport, OH 43912

CAS-Frosty
PO Box 4225
505 Market Street
Steubenville, OH 43952

Clearfork Trucking Heavy Hauling
45640 Old Hopedale Road
Cadiz, OH 43907

Columbus Equipment
2323 Performance Parkway
Columbus, OH 43207

Cross Gates Enviromental, LLC
300 Virginia Avenue
Winnfield, LA 71483

Dale Soignier
318 Circle Drive
Monroe, LA 71203

Darr Farms, LLC
21284 Township Road 257
Newcomerstown, OH 43832

DISA Global Solutions, Inc
12600 Northborough Drive
Suite 300
Houston, TX 77067

Dover Tank and Plate Company
5725 Crown Road, NW
Dover, OH 44622

East Loop Sand Company
210 River Road
Suite 100
Hollidaysburg, PA 16648

Eberhart Service Center, Inc.
272 Old Steubenville Pike
PO Box 351
Cadiz, OH 43907

ECO Environmental Group, LP
100 Prince Street
Shelbyville, TN 37160

Efficient Services Ohio, LLC
277 Steubenville Road
Carrollton, OH 44615

Eric B. Travers, Esq.
Kegler Brown Hill & Ritter
65 East State Street
Suite 1800
Columbus, OH 43215

Firelands Supply Company
PO Box 828
18 South Norwalk Road West
Norwalk, OH 44857

Gibsland Bank & Trust Company
PO Box 180
Gibsland, LA 71028

Harrison Community Hospital
PO Box 932282
Cleveland, OH 44193

Highway Equipment
22035 Perry Highway
Zelienople, PA 16063

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101

James R. Mall
Meyer, Unkovic & Scott LLP
Attorney for Highway Equipment
535 Smithfield St., Suite 1300
Pittsburgh, PA 15222

Jefferson Landmark
1525 State Highway 152
Bloomingdale, OH 43910

Jones Equipment
403 Burrell Road
Freeport, OH 43973

Kimble
PO Box 448
Dover, OH 44622

Labor Union - Employers Benefit
PO Box 94491
Chicago, IL 60690

M. Ragen Sales & Equipment
PO Box 339
1569 Smith Township State Road
Atlasburg, PA 15004

Mattern Tire
349 Lincoln Avenue
Cadiz, OH 43907

Miller & Company
2400 Shepler Church Avenue SW
Canton, OH 44706

Modern Auto Parts
245 E. Market Street
Cadiz, OH 43907

Ohio CAT
1016 East Market Street
Cadiz, OH 43907

Ohio Operating Engineers Union
1180 Dublin Road
PO Box 12009
Columbus, OH 43212

Ohio School District Tax
PO Box 182388
Columbus, OH 43218

Ohio-West Virginia Excavating
PO Box 128
Powhatan Point, OH 43942

ORME - East
634 Lincoln Avenue
Cadiz, OH 43907

Pipeline Connection
144 South Main Street
Cadiz, OH 43907

Prime NDT Services
5260 West Coplay Road
Whitehall, PA 18052

PWI Supply
5615 Armour Drive
Houston, TX 77020

Quill.com
PO Box 37600
Philadelphia, PA 19101

RE Consulting
3575 Libby Road
Heber Springs, AR 72543

Sandbags, LLC
4340 S. Valley View Blvd.
Suite 212
Las Vegas, NV 89103

Shannon Safety Productions
PO Box 145
Bridgeville, PA 15017

Sherwin Williams
2100 Lakeside Blvd.
Suite 400
Richardson, TX 75082

State of Ohio
PO Box 182131
Columbus, OH 43218

Steven L. Bell
Attorney for Boards of Trustees
of the Ohio Laborers' Program
1010 Old Henderson Road, Suite 1
Columbus, OH 43220

Stocker Concete
PO Box 176
Gnadenhutten, OH 44629

Suzanna Krasnicki
Keith D. Weiner & Associates
75 Public Square, 4th Floor
Attorney Ohio Cat
Cleveland, OH 44113

Tricor Industrial Inc.
66921 Belmont Morrison Road
Belmont, OH 43718

U.S. Bagging
2470 St. Rose Parkway #306H
Henderson, NV 89074

UCO Equipment
4045 Highway 5
Cabot, AR 72023

United Rentals
16695 Lisbon Street
East Liverpool, OH 43920

Utica Safety Apparel
PO Box 239
Morristown, OH 43759

Viking Forest Products, LLC
PO Box 847245
Dallas, TX 75284

Voto Sales
500 North Third Street
Steubenville, OH 43952

Williams Scotsman, Inc
PO Box 91975
Chicago, IL 60693

# United States Bankruptcy Court
## Western District of Louisiana

In re **Elite Oil & Gas Services, LLC** Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **December 16, 2014**

**/s/ Eric Shawn Barnett**
**Eric Shawn Barnett**/**Managing Member**
Signer/Title

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com